BANKRUPTCY MEDIATIONS INC.
8201 Peters Road, Suite 1000
Plantation, Florida 33324
phone: (954) 557-5526
fax: (954) 797-8675
sbressler@aol.com

February 1, 2014

INVOICE

| | |
|---|---|
| Invoice No./Case No. | 13-31843 |
| Borrower | Joel Jones |
| Loan No. | 7131385259 |

| | |
|---|---|
| Fee for Participation in LMM Program | $300.00 |
| Total | $300.00 |