# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Joel Jones                                        CASE NO. 13-31843-RAM

Debtor/

### EX PARTE MOTION TO APPROVE LOSS MITIGATION AGREEMENT WITH (Ocwen Loan Servicing, LLC)

The above-referenced Debtor requests the Court enter an Order approving The Loss Mitigation Agreement with Ocwen Loan Servicing, LLC ("Lender") and states as follows:

1. The Court referred this matter to Loss Mitigation Mediation ("LMM") (ECF# 37 ) on January 21, 2014.

2. The final LMM conference was scheduled for May 22, 2014 however it was not conducted because the parties settled prior to hearing.

3. The LMM Mediator filed a Final Report of Loss Mitigation Mediator (ECF#41) on April 28, 2014 reporting the parties reached an agreement.

4. Attached is a copy of the Agreement entered into between the parties (with all personal identifiers redacted).

5. Pursuant to the Agreement, the Lender will draft all documents required by the Agreement, other than pleadings or plans required to be filed in this case.

**[For chapter 13 cases only]:**

6. Pursuant to the Agreement, the Debtor shall amend/modify the last filed chapter 13 plan on or before August 3, 2014 to provide for the payment.

7.   All payments shall be considered timely upon receipt by the trustee, not upon receipt by the Lender.

8.   The trustee may disburse the payment as adequate protection to the Lender until such time as the plan/modified plan is confirmed, or the case is dismissed or converted to another chapter.

**WHEREFORE, the** Debtor requests the Motion to Approve Loss Mitigation Agreement with Ocwen Loan Servicing, LLC("Lender") be granted and for such other and further relief as this Court deems proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion to Approve The Loss Mitigation Agreement with Ocwen Loan Servicing, LLC, was served by U.S, first class mail, upon the parties listed below on July 3, 2014.

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33013
Tel. (305) 687-8008

By:*/s/Robert Sanchez*_____
Robert Sanchez, Esq., FBN#0442161

Copies to:
Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409
Ocwen Loan Servicing, LLC, c/o Morris, Hardwich, Schneider, LLC, 6 Nashua Court, Suite D, Baltimore, MD 21221