

Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!™*

1661 Worthington Road, Ste 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

4/1/2014

Loan Number: 7131385259

Joel Jones
2907Nw 51st Ter
Miami, FL 33142

Property Address: 2907Nw 51st Ter,
Miami, FL 33142

**LOAN MODIFICATION AVAILABLE TO YOU – WE CAN LOWER YOUR PAYMENT**
**PLEASE READ CAREFULLY**

Dear Customer(s),

We have reviewed your loss mitigation application and the financial information you provided. Your loan has been evaluated for all loss mitigation options available. We are pleased to offer you more affordable payments and the opportunity to stay in your home, with the enclosed Home Affordable Modification Program Trial Period Plan (the "Trial Period Plan") for your loan referenced above.

**TIME IS OF THE ESSENCE.**

**You must contact us at (800) 746-2936 or in writing at the address provided below to confirm your intent to accept this offer <u>within 14 days of this notice</u>, or alternatively, submit your first Total Monthly Payment as defined in the enclosed offer <u>within 14 days of this notice</u>.**

Ocwen Loan Servicing, LLC
ATTN: Modification Processing
1661 Worthington Road, Suite 100
West Palm Beach, Florida 33409

If you contact us or make the payment within 14 days of this notice, we will not refer your loan to foreclosure, or if your loan has been referred to foreclosure, we will suspend the next legal action in the foreclosure proceedings.

Please note, even if you notify us of your intent to accept the offer within 14 days of this notice, you must remit your Total Monthly Payment on or before the first payment date defined in the enclosed offer.

NMLS # 1852
This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!™*

1661 Worthington Road, Ste 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

**PAYMENT REMITTANCE INFORMATION**
**PLEASE DON'T FORGET TO:**

1. Make checks payable to Ocwen Loan Servicing, LLC.
2. Always include your loan number with your payment.

**OVERNIGHT DELIVERY**
**(Money Order, Personal Check, or Certified Check)**
Ocwen Loan Servicing, LLC
Attn: Cashiering Department
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

**BANK WIRE**
**BANK:** Wells Fargo Bank, NA
**ABA:** 121000248
**ACCOUNT NAME:** Ocwen Loan Servicing, LLC in Trust for Various Investors and Mortgagors
**ACCOUNT NUMBER:** 4124823352
**REFERENCE:** Loan Number, Property Address, and Borrower Name
**EMAIL:** Transferfunds@ocwen.com with the details of the wire

**MONEY GRAM**
**RECEIVER CODE:** 2355
**RECEIVER CODE:** 2355
**PAYABLE TO:** Ocwen Loan Servicing, LLC
**CITY:** Orlando
**STATE:** Florida
**REFERENCE:** Loan Number 7131385259
**AGENT LOCATOR:** (800) 926-9400

**WESTERN UNION**
**BY WUQC**
**CODE CITY:** Ocwen
**STATE:** FL
**REFERENCE:** Loan Number 7131385259

We have established evaluation criteria that set an order ranking for evaluation of loss mitigation options (commonly known as a "waterfall"). Based upon this ranking system, you have qualified for a HAMP Trial Period Plan which necessarily means that we are unable to offer all modification options ranked below it, including our proprietary modification programs.

NMLS # 1852
This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.




Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!™*

1661 Worthington Road, Ste 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

**New York Residents: If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-877-BANK-NYS (226-5697) or** www.dfs.ny.gov**.**

**North Carolina Residents: If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website,** www.nccob.gov**.**

If you have any questions, please contact us at (800) 746-2936. We are available Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm or Sunday 9:00 am to 9:00 pm ET.

If you would like to submit a qualified written request, a notice of error, or a request for information you must use the following address:

Research Department
PO Box 24736
West Palm Beach, FL 33416-4736

Sincerely,

Ocwen Loan Servicing, LLC

NMLS # 1852
This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!*™

1661 Worthington Road, Ste 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

## FOR ADDITIONAL ASSISTANCE

When you are experiencing a financial hardship, housing counseling may be a way to help you manage your finances. We urge you to contact HUD approved agencies to obtain assistance in keeping your home. This assistance is available at no charge. For specific guidance on this notice or information related to the Home Affordable Modification Program, ask the counselor for MHA HELP.

| | | |
|---|---|---|
| **HUD Approved Housing Counseling** | 1-800-569-4287 | www.HUD.gov |
| **Homeowner's HOPE Hotline Number** | 1-888-995-4673 | www.hopenow.com |
| **Making Home Affordable Program** | | www.makinghomeaffordable.gov |
| **Fannie Mae Assistance Program** | | www.knowyouroptions.com |

Call our Customer Care Center at 1-800-746-2936 to discuss your options. You can get information about any of these Alternatives to Foreclosure, and you can set up time to meet with your Relationship Manager, . We are available Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

***For Borrowers in New York:***

**The New York State Department of Financial Services website provides detailed information about programs and services that are available to provide you with assistance in avoiding foreclosure.**
**http://www.dfs.ny.gov/**

***For Borrowers in North Carolina:***

**The North Carolina Commissioner of Banks website provides resources related to avoiding foreclosure. To access these resources, click on the "Need Foreclosure Help?" link on the homepage.**
**http://www.nccob.gov/public/**

NMLS # 1852
This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.




Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!™*

1661 Worthington Road, Ste 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

4/1/2014

**You may be able to make your payments more affordable!**
**Call (800) 746-2936 for Immediate Assistance.**

| | |
|---|---|
| **Loan Number:** | 7131385259 |
| **Property Address:** | 2907 Nw 51st Ter, Miami, FL 33142 |

Joel Jones
2907Nw 51st Ter
Miami, FL 33142

Dear Joel Jones ,

**Congratulations!** . This is the first step toward qualifying for more affordable mortgage payments. Please read this letter so that you understand all the steps you need to take to modify your mortgage payments.

**What you need to do…**
To accept this offer, you must make your first monthly "trial period payment." To qualify for a permanent modification, you must make the following trial period payments in a timely manner:

| | |
|---|---|
| 1st payment: | $ 485.69 by 5/1/2014 |
| 2nd payment: | $ 485.69 by 6/1/2014 |
| 3rd payment: | $ 485.69 by 7/1/2014 |

After all trial period payments are timely made and you have submitted all the required documents, your mortgage will be permanently modified. (Your existing loan and loan requirements remain in effect and unchanged during the trial period.) **If each payment is not received by Ocwen Loan Servicing, LLC in the month in which it is due, this offer will end and your loan will not be modified under the Making Home Affordable Program.**

**If you have any questions or if you cannot afford the trial period payments shown above but want to remain in your home, or if you have decided to leave your home but still want to avoid foreclosure, please call us at (800) 746-2936 as we may be able to help you. (Also, please review the attached "Frequently Asked Questions.")**

Sincerely,

Ocwen Loan Servicing, LLC

Attachments: (1) Frequently Asked Questions and (2) Additional Trial Period Plan Information and Legal Notices



This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!™*

1661 Worthington Road, Ste 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

**Q. What else should I know about this offer?**

- If you make your new payments timely **we will not conduct a foreclosure sale.**
- You will not be charged any fees for this trial period plan or a permanent modification.
- If your loan is modified, we will waive all unpaid late charges.
- Your credit score may be adversely affected by accepting a trial period plan. The impact of a permanent modification on a credit score depends on the homeowner's entire credit profile. For more information about your credit score, go to http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.
- You may be required to attend credit counseling.

**Q. Why is there a trial period?**

The trial period offers you immediate payment relief and gives you time to make sure you can manage the lower monthly mortgage payment. The trial period is temporary, and your existing loan and loan requirements remain in effect and unchanged during the trial period.

**Q. How was my new payment in the trial period determined?**

Your trial period payment is approximately 31% of your total gross monthly income, which we determined to be $2,258.75 based upon the income documentation you provided. If the loan is successfully modified, your new payment also will be based on 31% of your gross income. In addition, if your existing payment includes mortgage insurance premiums, this amount will also be added to your payment. If we were able to permanently modify your loan today, we estimate your modified interest rate would be 2.00000%. Your final modified interest rate may be different.

The modified payment should be sufficient to pay the principal and interest as well as property taxes, insurance premiums and other permissible escrow fees based on our recent analysis of these costs. Your modified monthly payment may change if your property taxes and insurance premiums change. If you did not have an escrow account before, the timing of your tax and insurance bills may require that you make a payment to cover any such bills when they come due. This is known as an escrow shortage. Your loan has an escrow shortage of $1,057.61; this can either be paid in a lump sum when the loan is modified or over the next 60 months in an amount of $ 352.53 per month in addition to your modified monthly mortgage payment. If you wish to pay the total shortage as a lump sum, please contact us at (800) 746-2936.

**Q. When will I know if my loan can be modified permanently and how will the modified loan balance be determined?**

Once you make all of your trial period payments on time, we will send you a modification agreement detailing the terms of the modified loan. Any difference between the amount of the trial period payments and your regular mortgage payments will be added to the balance of your loan along with any other past due amounts as permitted by your loan documents. While this will increase the total amount that you owe, it should not significantly change the amount of your modified mortgage payment as that is determined based on your total monthly gross income, not your loan balance.



This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!™*

1661 Worthington Road, Ste 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

**Q. Are there incentives that I may qualify for if I am current with my new payments?**

Once your loan is modified, you can earn a pay-for-success incentive for every month that you make on-time payments beginning with the trial period payments. Depending on your modified monthly payment, you may accrue up to $1,000 each year for five years for a maximum of $5,000. This important benefit, *which will be applied to your principal balance each year after the anniversary date of your first trial period payment due date,* will help you earn equity in your home by reducing the amount that you owe. However, you must remain current on your loan. You will lose this benefit if your modified loan loses good standing, which means that the equivalent of three full monthly payments are due and unpaid on the last day of any month, at any time during this five year period. If you lose this benefit, you will lose all accrued, unapplied incentive payments.

In addition, once your loan is permanently modified, you may be eligible to have some of your principal forgiven on a deferred basis. So long as your modified loan remains in good standing, we will forgive $42,011.59 of the principal balance of your loan each year on the anniversary of your first trial period payment date for three years. You will lose this benefit if your modified loan loses good standing at any time during this three year period, including all accrued and unapplied amounts. Any principal forgiveness will be reported to the Internal Revenue Service and may have tax consequences. Therefore, you are advised to seek guidance from a tax professional. Please contact us at (800) 746-2936 if you do not want principal forgiveness, we may have other modification options for you.

**Q. Will my interest rate and principal and interest payment be fixed after my loan is permanently modified?**

Once your loan is modified, your interest rate and monthly principal and interest payment will be fixed for the life of your mortgage **unless** your initial modified interest rate is below current market interest rates. In that case, the below market interest rate will be fixed for five years. At the end of the fifth year, your interest rate may increase by 1% per year until it reaches a cap. The cap will equal the market rate of interest being charged by mortgage lenders on the day your modification agreement is prepared (the Freddie Mac Primary Mortgage Market Survey® rate for 30-year fixed-rate conforming mortgages). Once your interest rate reaches the cap, it will be fixed for the remaining life of your loan. Your new monthly payment will include an escrow for property taxes, hazard insurance and other escrowed expenses. If the cost of your homeowners insurance, property tax assessment or other escrowed expenses increases, your monthly payment will increase as well.

**Q. What if I have other questions about a Home Affordable Modification that cannot be answered by my mortgage servicer?**

888-995-HOPE™
Homeowner's HOPE Hotline

Call the Homeowner's HOPE™ Hotline at **1-888-995-HOPE (4673).** This Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish.

**Q. What if I am aware of fraud, waste, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program?**

Please contact SIGTARP at 1.877.SIG.2009 (toll-free), 202.622.4559 (fax) or www.sigtarp.gov and provide them with your name, our name as your servicer, your property address, loan number and reason for escalation. Mail can be sent to: Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L Street NW, Washington, DC 20220. Asset Relief Program, 1801 L Street NW, Washington, DC 20220.






This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.



Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!™*

1661 Worthington Road, Ste 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

**Additional Trial Period Plan Information and Legal Notices**

The terms of your trial period plan below are effective on the day you make your first trial period payment, provided you have paid it on or before **5/31/2014**. You and we agree that:

**We will not proceed to foreclosure sale during the trial period, provided you are complying with the terms of the trial period plan**

- Any pending foreclosure action or proceeding that has been suspended may be resumed if you are notified in writing that you failed to comply with the terms of the trial period plan or do not qualify for a permanent modification.
- You agree that the servicer will hold the trial period payments in an account until sufficient funds are in the account to pay your oldest delinquent monthly payment. You also agree that the servicer will not pay your interest on the amounts held in the account. If any money is left in this account at the end of the trial period plan, those funds will be deducted from amounts that would otherwise be added to your modified principal balance.
- The servicer's acceptance and posting of your new payment during the trial period will not be deemed a waiver of the acceleration of your loan (or foreclosure actions) and related activities, and shall not constitute a cure of your default under your loan unless such payments are sufficient to completely cure your entire default under your loan.

**If your monthly payment did not include escrows for taxes and insurance, you are now required to do so:**

- You agree that any prior waiver that allowed you to pay directly for taxes and insurance is revoked. You agree to establish an escrow account and to pay required escrows into that account.

**Your current loan documents remain in effect; however, you may make the trial period payment instead of the payment required under your loan documents:**

- You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms; and that nothing in the trial period plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.

**If your loan is in an active Chapter 7 or Chapter 13 Bankruptcy case, in order for us to finalize your modification you must make all of your trial payments and obtain approval from the Bankruptcy court. The approval or consent order is required BEFORE Ocwen can convert your trial plan into a permanent modification.**

**PAYMENT REMITTANCE INFORMATION**
**PLEASE DON'T FORGET TO:**

1. Make checks payable to Ocwen Loan Servicing, LLC.
2. Always include your loan number with your payment.
3. The down payment must be in the form of certified funds.

**OVERNIGHT DELIVERY**
**(Money Order & Certified Checks Only)**
OCWEN LOAN SERVICING, LLC
ATTN: CASHIERING DEPARTMENT
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

**BANK WIRE**
**BANK:** Wells Fargo Bank, NA
**ABA:** 121000248
**ACCOUNT NAME:** OCWEN Loan Servicing, LLC in Trust for Various Investors and Mortgagors
**ACCOUNT NUMBER:** 4124823352
**REFERENCE:** Loan Number, Property Address, and Borrower Name
**Email:** Transferfunds@ocwen.com with the details of the wire

**MONEY GRAM**
**RECEIVER CODE:** 2355
**PAYABLE TO:** OCWEN LOAN SERVICING, LLC
**CITY:** ORLANDO
**STATE:** FLORIDA
**REFERENCE:** LOAN NUMBER 7131385259
**AGENT LOCATER:** (800) 926-9400

**WESTERN UNION**
**BY WUQC**
**Code City:** Ocwen
**State:** FL
**Reference:** Loan # 7131385259



This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.




Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!™*

1661 Worthington Road, Ste 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

4/1/2014

Loan Number: 7131385259

Joel Jones

2907 Nw 51st Ter
Miami, FL 33142

Property Address: 2907 Nw 51st Ter,
Miami, FL 33142

**TAKE ADVANTAGE OF FREE FINANCIAL COUNSELING SERVICES**

Non-profit "Homeownership Preservation Foundation" www.995hope.org

Dear Customer(s),

Thank you for working with us to modify your loan - we know it's not easy to juggle life's demands and manage your finances, especially in today's economy. As a thank you for your time and effort, we want to offer you easy access to **free** financial education and coaching services available from the national non-profit "Homeownership Preservation Foundation (HPF)".

**Don't worry - there is *no* catch or cost to you.** Access to HPF's financial advisors really is free and *personalized*. Financial coaching can be customized to fit your situation - you can ask for guidance or decide for yourself what you need - and there's no cost at all to you.

We want to make sure you know what's available and make it easy for you to take advantage.

| Sample of FREE Services Available | | How to Take Advantage |
|---|---|---|
| **It's your situation that matters** - find what you need, all at NO cost<br>○ **Getting out from under debt -** practical solutions for managing your expenses<br>○ **Budgeting made easy** - tips and strategies for YOU to manage and balance your household finances<br>○ **Personalized financial planning -** steps and action plans for setting and reaching short- and long-term financial goals<br>○ **Ensuring you understand the terms of your loan modification** – answering questions you have regarding how to adhere to your modified loan terms | | ❖ **Call HPF toll-free** at 1-855-306-1550 to get started. They are available Monday through Friday between 7:00 a.m. and 8:00 p.m. EST. You can go online at www.995hope.org to learn more about HPF and their financial expertise.<br>or<br>❖ **We'll call you.** Watch for a call directly from us over the next several days, and we'll get you started. |

If you have any questions, please call Ocwen toll-free at (800) 746-2936. We're available Monday through Friday between 8:00 a.m. and 9:00 p.m. ET, Saturday from 8:00 a.m. to 5:00 p.m. ET, and on Sunday from 9:00 a.m. to 9:00 p.m. ET.

Sincerely,

Ocwen Loan Servicing, LLC



This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.