

ORDERED in the Southern District of Florida on July 7, 2014.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Joel Jones                              CASE NO.:13-31843-RAM

                Debtor
_____/

### ORDER GRANTING MOTION TO APPROVE LOSS MITIGATION AGREEMENT WITH OCWEN LOAN SERVICING, LLC

This matter came before the Court:

☒   On the Debtor's Ex Parte Motion to Approve Loss Mitigation Agreement with Ocwen Loan Servicing, LLC ("Lender").

☐   For hearing on _____ upon Self-Represented Debtor's Motion to Approve Loss Mitigation Agreement with Lender.

The Court, having considered the motion and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion to Approve Loss Mitigation Agreement is granted.

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3. The Debtor shall amend/modify the last filed chapter 13 plan on or before August 3, 2014 to provide for the payment.

4. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

###

Robert Sanchez, Esq. shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).