UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
Joel Jones                                                    Case No. 13-31843-RAM

    Debtor.                                                Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, Joel Jones by and through his undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On September 12, 2013 the instant case was filed.

2. On December 18, 2013 debtors' second amended chapter 13 plan was confirmed.

3. The debtor participated in the Loan Mediation Modification program and was offered a final modification agreement with Ocwen Loan Servicing, LLC.

4. The debtor desires to Modify his plan in order to provide for the final modification payment to Ocwen Loan Servicing, LLC.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail this 8th day of July 2014:  to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Streer
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez_____
   Robert Sanchez, Esq., FBN#0442161