

**ORDERED in the Southern District of Florida on August 27, 2014.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

```
            UNITED STATES BANKRUPTCY COURT
             SOUTHERN DISTRICT OF FLORIDA
                 www.flsb.uscourts.gov

IN RE:                                CASE NO. 13-31843-BKC-RAM
JOEL JONES, JR.
          DEBTOR(S)
_____/
```

### ORDER DENYING DEBTOR'S MOTION TO MODIFY (ECF #45)

THIS CASE came on to be heard on August 12, 2014, for the Debtor's Motion to Modify Plan (ECF #45), and based on the record, it is

ORDERED as follows:

1. The Debtor's Motion (ECF #45) is denied without prejudice as debtor(s) failed to provide 2013 tax returns within the seven day deadline.

###

PREPARED BY:
NANCY K. NEIDICH, ESQUIRE, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027-9806

ROBERT SANCHEZ, ESQUIRE is directed to mail a conformed copy of this Order to all creditors and interested parties, immediately upon receipt thereof.